UNITED STATES DISTRICT COURT
THE EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION

| | |
|---|---|
| BURGERWORKS TEXAS, LLC; § <br> BURGERWORKS I-10, INC A/K/A § <br> WHATABURGER NO. 830; § <br> BURGERWORKS LIVINGSTON, LTD; § <br> BURGERWORKS GROVES, LTD; § <br> BURGERWORKS WINNIE, TD A/K/A § <br> WHATABURGER NO. 766; § <br> COLUMBINE PROPERTIES INC.; § <br> BURGERWORKS CLEVELAND LTD. § <br> A/K/A WHATABURGER NO. 484; § <br> BURGERWORKS LIBERTY LTD A/K/A § <br> WHATABURGER NO. 819; § <br> BURGERWORKS ORANGE LTD A/K/A § <br> WHATABURGER NO. 536; § <br> BURGERWORKS PINEHURST LTD; § <br> BURGERWORKS INC; AND § <br> BURGERWORKS NEDERLAND LTD. § <br> A/K/A WHATABURGER NO. 1142, § <br> § <br> Plaintiffs, § <br> § <br> v. § <br> § <br> LIBERTY MUTUAL FIRE § <br> INSURANCE COMPANY, § <br> § <br> Defendant. § | CIVIL ACTION NO. 9:22-cv-00172-MJT |

**AGREED MOTION TO DISMISS WITH PREJUDICE**

Plaintiffs and Defendant file this Agreed Motion to Dismiss with Prejudice asking this Court to dismiss all claims each has against the other with prejudice to the refiling of same.

Plaintiffs and Defendant have resolved their differences and determined that they no longer wish to pursue the claims each have made or could have made in this lawsuit. Therefore, Plaintiffs and Defendant no longer need the Court's assistance.

WHEREFORE, PREMISES CONSIDERED, Plaintiffs and Defendant jointly request that this matter be dismissed with prejudice, removed from the docket of this Court, and that the fees and costs be taxed against the party incurring same.

Respectfully submitted,

**ZELLE LLP**

By: */s/ Brandt R. Johnson*
    Steven J. Badger
    Texas Bar No. 01499050
    sbadger@zellelaw.com
    Brandt R. Johnson
    Texas Bar No. 00794030
    bjohnson@zellelaw.com
    Claire A. Fialcowitz
    Texas Bar No. 24126181
    cfialcowitz@zellelaw.com

901 Main Street, Suite 4000
Dallas, TX  75202-3975
Telephone:	214-742-3000
Facsimile:	214-760-8994

**ATTORNEYS FOR DEFENDANT LIBERTY MUTUAL INSURANCE COMPANY**

-AND-

By: */s/ E. Hart Green*
    E. Hart Green
    Texas Bar No. 08349290
    hartgr@wgttlaw.com

**WELLER, GREEN, TOUPS & TERRELL L.L.P.**
P.O. Box 350
Beaumont, TX 77704-0350
Telephone:	409-838-0101
Facsimile:	409-832-7823

**ATTORNEY FOR PLAINITFFS BURGERWORKS TEXAS, LLC; BURGERWORKS I-10, INC A/K/A**

**WHATABURGER NO. 830;
BURGERWORKS LIVINGSTON, LTD;
BURGERWORKS GROVES, LTD;
BURGERWORKS WINNIE, TD A/K/A
WHATABURGER NO. 766;
COLUMBINE PROPERTIES INC.;
BURGERWORKS CLEVELAND LTD.
A/K/A WHATABURGER NO. 484;
BURGERWORKS LIBERTY LTD
A/K/A WHATABURGER NO. 819;
BURGERWORKS ORANGE LTD
A/K/A WHATABURGER NO. 536;
BURGERWORKS PINEHURST LTD;
BURGERWORKS INC; AND
BURGERWORKS NEDERLAND LTD.
A/K/A WHATABURGER NO. 1142**

## CERTIFICATE OF SERVICE

This is to certify that on July 11, 2023, a true and correct copy of the foregoing document was delivered to all known counsel of record in accordance with the Federal Rules of Civil Procedure as follows:

E. Hart Green
Texas Bar No. 08349290
hartgr@wgttlaw.com
WELLER, GREEN, TOUPS & TERRELL L.L.P.
P.O. Box 350
Beaumont, TX 77704-0350
Telephone:       409-838-0101
Facsimile:        409-832-7823
*Attorney for Plaintiffs*

*/s/ Brandt R. Johnson*
Brandt R. Johnson
