IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION

| | | |
|---|---|---|
| BURGERWORKS TEXAS, LLC; BURGERWORKS I-10, INC. A/K/A WHATABURGER NO. 830; BURGERWORKS LIVINGSTON, LTD; BURGERWORKS GROVES, LTD; BURGERWORKS WINNIE, LTD. A/K/A WHATABURGER NO. 766; COLUMBINE PROPERTIES INC.; BURGERWORKS CLEVELAND LTD. A/K/A WHATBURGER NO. 484; BURGERWORKS LIBERTY LTD A/K/A WHATBURGER NO. 415; BURGERWORKS BRIDGE CITY LTD A/K/A WHATABURGER NO. 819; BURGERWORKS ORANGE LTD. A/K/A WHATABURGER NO. 536; BURGERWORKS PINEHURST LTD; BURGERWORKS INC.; AND BURGERWORKS NEDERLAND LTD. A/K/A WHATABURGER NO. 1142, <br><br> *Plaintiffs,* <br><br> VS. <br><br> LIBERTY MUTUAL FIRE INSURANCE COMPANY, <br><br> *Defendant.* | § § § § § § § § § § § § § § § § § § § § § § § § § § § § § | CIVIL ACTION NO. 9:22-CV-00172 JUDGE MICHAEL J. TRUNCALE |

## <u>ORDER DISMISSING CASE WITH PREJUDICE</u>

Before the Court is the Parties' Agreed Motion to Dismiss with Prejudice. [Dkt. 15].  The

Parties have advised the Court that they have resolved their differences and no longer wish to pursue

the claims each other have made or could have made in this lawsuit.

It is therefore **ORDERED** that this case is **DISMISSED WITH PREJUDICE**, with each

Party bearing its own attorney's fees and costs.

It is further **ORDERED** that all pending motions filed herein are **DENIED AS MOOT**.

**SIGNED this 11th day of July, 2023.**

_____
Michael J. Truncale
United States District Judge